IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:10CV42-1-MU

| | |
|---|---|
| RODNEY MOUCELL JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | O R D E R |
| ) | |
| BUNCOMBE COUNTY, et al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before this Court upon Defendants Moore and Hansen's Motion to Dismiss and Memorandum in Support (Doc. Nos. 19 and 19-1), filed March 17, 2010. It appears that Defendants may be entitled to dismissal as a matter of law.

**PLAINTIFF JONES READ THIS:**

You now have the opportunity to reply to the Defendants Moore and Hansen's Motion to Dismiss. You may not allege new facts surrounding the events in question as part of this reply. You should base your reply and argument(s) solely on the matters set forth in your original Complaint and/or those set forth in Defendants' Motion to Dismiss.

You are further hereby advised that you have thirty (30) days from the filing of this Order in which to file your reply in opposition to Defendants' Motion to Dismiss. **FAILURE TO RESPOND WITHIN THIS TIME PERIOD MAY SUBJECT THIS ACTION TO DISMISSAL.**

**THEREFORE, IT IS HEREBY ORDERED** that the Plaintiff has thirty (30) days from the filing of this Order in which to provide his own documents, affidavits, or declarations countering the evidence offered by Defendant Moore and Hansen's Motion to Dismiss.

Signed: April 7, 2010

Graham C. Mullen
United States District Judge