# United States District Court
# For The Western District of North Carolina
# Asheville Division

Rodney Moucell Jones,

    Plaintiff(s),

vs.

Buncombe County, et al,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

1:10cv42

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 5/14/10 Order.

May 14, 2010

FRANK G. JOHNS, CLERK

BY: s/Sharon Wilson
    Sharon Wilson, Deputy Clerk